# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-1872

_____

Tricity Hospitality, Inc.

*Plaintiff - Appellant*

v.

Amguard Insurance Company

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Southern District of Iowa

_____

Submitted: May 13, 2025
Filed: June 10, 2025
[Unpublished]

_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Tricity Hospitality, Inc. (Tricity) appeals following the district court's[1] adverse grant of summary judgment in this removed insurance dispute. After careful review

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. *See Bruhn Farms Joint Venture v. Fireman's Fund Ins. Co.*, 823 F.3d 1161, 1165 (8th Cir. 2016) (reviewing grant of summary judgment de novo). We also conclude the district court did not abuse its discretion in denying Tricity leave to amend its petition. *See Pinson v. 45 Dev., LLC*, 758 F.3d 948, 951 (8th Cir. 2014) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____